Patrick A. KINNEY, Appellant,

v.

UNION PACIFIC RAILROAD,
Respondent.

No. WD 47409.

Missouri Court of Appeals,
Western District.

Feb. 15, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 29, 1994.

Application to Transfer Denied
May 26, 1994.

Robert L. Shirkey, Kansas City, for appellant.

John S. Johnston, George E. Wolf, Shook, Hardy & Bacon, P.C., Kansas City, for respondent.

Before HANNA, P.J., and
LOWENSTEIN and FENNER, JJ.

***ORDER***

From an adverse verdict in a Federal Employers Liability Act suit, the employee contests the court's ruling not allowing an amendment of the pleadings by implied con-

sent under Rule 55.33(b). Judgment affirmed. Rule 84.16(b).

State of California, ex rel. Rosita
M. JONES, et al., Respondent,

v.

Raymond MANNING, Appellant.

No. WD 47435.

Missouri Court of Appeals,
Western District.

Feb. 15, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 29, 1994.

Application to Transfer Denied
May 26, 1994.

Richard L. Colbert, Kansas City, for appellant.

Claire C. McCaskill, Pros. Atty., Raoul C. Stitt, Cindy M. Flick, Asst. Pros. Attys., Jackson County, Kansas City, for respondent.

Before HANNA, P.J., and
LOWENSTEIN and FENNER, JJ.

***ORDER***

PER CURIAM.

This is an appeal from a paternity action. The putative father asserts error in: (1) the admission of his blood test on the grounds the Uniform Parentage Act (U.P.A.) should not have applied; and, (2) the admission of evidence of the child's birth date, which differed from that stated in the pleadings, on the grounds it did not give him an adequate opportunity to prepare his defense. The judgement establishing paternity is affirmed. Rule 84.16(b).